# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| **P.S.D.**, <br><br> Petitioner, <br> v. <br><br> KRISTI NOEM (Secretary, U.S. Dep't of Homeland Security) *et al.*, <br><br> Respondents. | **ORDER** <br><br> ED CV 26-00252-VBF-JDE |

**No later than 11:59 p.m. on Saturday, January 24, 2026, the respondents SHALL FILE a brief responding to the application for a temporary restraining order ("TRO").**

**No later than noon on Monday, January 26, 2026, petitioner MAY FILE a reply.**

IT IS SO ORDERED.

Dated: January 22, 2026

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge