UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S.D.<br><br>Petitioner,<br><br>v.<br><br>NOEM *et al.*,<br><br>Respondents. | Case No.: 5:26-cv-0252-VBF-JDE<br><br>ORDER |

**ORDER GRANTING PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

After careful consideration of the parties' submissions, including the Petitioner's arguments that they are likely to succeed on the merits of their arguments that Respondents' detention of Petitioner violates statutory and constitutional requirements, as well as consideration the supporting evidence, the applicable law, and the filings and records in this case, the Court GRANTS Petitioner's Motion for a Temporary Restraining Order. Respondents are:

1. Enjoined from moving Petitioner from this Court's jurisdiction;
2. Enjoined from continued incarceration of Petitioner;
3. Ordered to immediately release Petitioner;
4. Enjoined from keeping Petitioner's documents and possessions, including

passport, driver's license, EAD, mobile phone, and any other items belonging to Petitioner. In order to return him to status quo prior to Respondents' illegal revocation of parole, those items are to be returned to Petitioner;

5. Enjoined from re-detaining Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations for which petitioner's eligibility for bond must be considered and at which the government has the burden of proving, by clear and convincing evidence that Petitioner is a flight risk or danger;

6. Enjoined from placing additional restraints on Petitioner such as electronic monitoring devices or excessive check-in requirements beyond what was in place prior to Petitioner's re-detention without a pre-deprivation hearing at which the government has the burden of proving, by clear and convincing evidence that Petitioner is a flight risk or danger and such additional constraints are necessary;

7. This Court waives the requirement for security per Fed. R. Civ. P. 65(c).

---

**No later than Friday, January 30, 2026, the respondents SHALL FILE a brief responding to this order and to petitioner's application for a preliminary injunction.**

**No later than Tuesday, February 3, 2026, petitioner MAY FILE a reply brief.**

It is so ordered.

Date:  January 26, 2026

_____

The Hon. Valerie Baker Fairbank
Senior United States District Judge