# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

P.S.D..,

    Petitioner,

v.

NOEM et al,

    Respondents.

Case No.: 5:26-CV-00252-VBF-JDE

ORDER

ISSUING A PRELIMINARY INJUNCTION

    After careful consideration of the parties' submissions, including the Petitioner's arguments that they are likely to succeed on the merits of their position that Respondents' detention of Petitioner violates statutory and constitutional requirements, consideration of supporting evidence, the applicable law, and the filings and records of this case, it is hereby ORDERED that a Preliminary Injunction is GRANTED and issued on the same terms set forth in the Temporary Restraining Order. Respondents are:

1. Enjoined from continued incarceration of Petitioner;
2. Enjoined from keeping Petitioner's documents and possessions, including passport, driver's license, EAD, mobile phone, and any other items belonging to Petitioner;

3. Enjoined from re-detaining Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations for which Petitioner's eligibility for bond must be considered and at which the government has the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community;

4. Enjoined from placing additional restraints on petitioner such as electronic monitoring devices or excessive check in requirements beyond what was in place prior to Petitioner's re-detention without a pre deprivation hearing at which the government has the burden of proving by clear and convincing evidence that petitioner is a flight risk or danger to the community and such additional constraints are necessary.

This Order shall remain in effect until the resolution of this action or until otherwise ordered by the court.

IT IS SO ORDERED.

Date:  February 4, 2026

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE