

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| P.S.D., | Case No. 5:26-cv-00252-VBF-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition") filed by P.S.D ("Petitioner"), who is authorized to proceed with initials, the Court's Orders granting a Temporary Restraining Order and Granting a Preliminary Injunction (Dkt. 12, 16), the Report and Recommendation of the United States Magistrate Judge (Dkt. 19, "Report"), and Petitioner's Objections to the Report (Dkt. 21).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT, Petitioner having received the primary relief sought in the Petition, **Judgment shall be entered dismissing the Petition without prejudice.**

Dated:  April 10, 2026 _____

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge