UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| P.S.D., | Case No. 5:26-cv-00252-VBF-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated:  April 10, 2026 _____

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
United States District Judge